To the Clerk of Court        23-3190
Re: Simpson v Pulaski County, Windings, et al
Case No. ?  (In My Pulaski property, which I no longer have)

I have been temporarily transferred to Greene County Jail, and will be transferred again within the next month or two into BOP custody. As per the Court's order, I am informing you of my current position and will again upon final movement.

Due to transfer from Pulaski County, do I need to file a brief on mootness, or will that wait until Pulaski responds? Thank you in advance for your response.

Sincerely,
Kenneth Simpson

GREENE COUNTY JAIL
5100 W. Division St.
Springfield MO. 65802

Kenneth Simpson
Inmate Name

2986492    3-210
Jacket #



SPRINGFIELD MO 658

28 AUG 2024 PM 2 L

MAIL CLEARED US MARSHALS

FIRST-CLASS

US POSTAGE (IM) PITNEY BOWES

ZIP 65802     $ 000.69⁰
02 7H
0006005679    AUG 28 2024

Legal Mail
U.S. District Court
750 Missouri Ave
East St. Louis, IL 62201

62201-295429

INDICENT



Legal Mail

RECEIVED
SEP 13 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE